JS America, Inc.
19-02 Whitestone Expressway
Whitestone, NY11357

Empire Merchants
16 Bridgewater Street
Brooklyn,NY 11222-9964

Exxcel Products,Inc.
47-46A 30th St LLC
New York, NY 11101

Food Nanra
134 Mogan Ave
Brooklyn, NY 11237

Far East beer Center
50-19 97th Place
Corona, NY 11385

Han Sung Sixpoom
1826 Suydam St
Ridgewood, NY 11385

Chuo Trading Corp
97-44 101 St
Ozone Park, NY 11416

JFC International Inc.
55 Wildcat Way
Linden, NJ 07094

HK Trading

NY Mutual Trading, Inc.
77 Meto Way
Secaucus, NJ 07094

Kyodo Beverage Co, Inc
711 Third Ave #101
New York NY 10017

300 Stagg Street Corp
300 Stagg Street
Brooklyn, NY 11206

Star US Enterprises, Inc
150-09 12th d.
Whitestone, NY 11357

US Beef Div.FancyFood
Building 8-12 Hunts Point
Bronx, NY 10474

YS Trading Corp
38-21 23rd Street
Long Isl.City,NY 11101

Legito
355 Exterior Street
Bronx, NY 10451

West Side Foods, Inc.
355 Food Center Drive
Bronx, NY 10474

Ava Pork Products,Inc.
383 West John St
Hicksville, NY 11802

C &K Food Distributers
3200 Liberty Ave. Unit 5L
North Bergen, NJ 07047

Colorado Boxed Beef
302 Progress Rd
Aubumdale, FL 33823

Memory Link
95 Seaview Blv.
Port Washington, NY 11050

Action
300 Frank W Burr Blvd
Teaneck, NJ

Chem-Clean Co
33-69 55th St
Woodside, NY 11377

Kims Fish
10-05 166th Street Whitestone NY 11357

Bank of America
bankofamerica.com/sbvhub

KIT Realty, Inc.
47 Hillside Ave. 1st fl
Manhasset, NY 11030

GSA Design USA Corp
129-02 Northern Blvd.
Corona,NY 11368

NYS Insurance Fund
199 Church Street
New York, NY 10007

TD Auto Finance
PO Bo 16035
Lewiston ME 04243-9517

Tower Group Companies
PO Box 5265
Binghamton, NY 13902-5265

Kang Youl Lee CPA
303 Fifth Ave #1207
New York, NY 10016

Argo Select
225 West Washington St
Chicago, Il 60606

AIG
175 Water St
New York, NY 10038

Inter Insurance
380 N. Broadway
Jericho, NY 11753

Con Edison

Glacial Energy
555 Pleasantville Rd. #s107 s. Bld
Briarcliff Manor NY

No Myung Hyun Produce
147-20 35 Ave.#11C
Flushing, NY 11354

Con Edison NY Intel

NYS Insurance Fund
199 Church Street
New York, NY 10007

TD Auto Finance
PO Bo 16035
Lewiston ME 04243-9517

Tower Group Companies
PO Box 5265
Binghamton, NY 13902-5265

Kang Youl Lee CPA
303 Fifth Ave #1207
New York, NY 10016